# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### *Hearing Information:*

**Debtor**:  MELVIN ALVARADO REYES and AIDA I RODRIGUEZ RODRIGUEZ
**Case Number**:  14-00169-EAG11                                        **Chapter:** 11
**Date / Time / Room**: 06/12/2014 09:30 A.M.
**Bankruptcy Judge**: EDWARD A. GODOY
**Courtroom Clerk**:  WILLIAM A. REYES-TORO
**Reporter / ECR**:  ANGEL MENDEZ

### *Matter:*

DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL (#28)
MOTION TO DISMISS WITH BAR TO RE-FILE AND OPPOSITION TO VOLUNTARY DISMISSAL FILED BY PR ASSET
PORTFOLIO 2013-1 INTERNATIONAL, LLC (#35)
DEBTOR'S ANSWER (#39)

### *Appearances:*

MIRIAM A MURPHY - FOR DEBTOR
BRISEIDA DELGADO MIRANDA - FOR PRAPI

### *Minutes of Proceedings:*

### ORDER:

**For the reasons stated in open Court, and as agreed by the Debtor and PRAPI, the
case is dismissed with a bar to re-file of two hundred and ten (210) days.**

/s/EDWARD A. GODOY
**U. S. Bankruptcy Judge**